```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

APR 20 2007

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

06-CV-00639-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALPH IZZI, et al,

       Plaintiffs,

    v.

HAL Antillen, NV, et al,

       Defendants.

Case No. C06-639P

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this _____20_____ day of April, 2007.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL